FRANK J. SHALLOW, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Defendant, and EMMA C. CARBALLAL, Respondent.

Submitted October 3, 1951; decided October 11, 1951.

*Philip A. Limpert* for motion.

*Samuel Seligsohn* and *Daniel S. Weiss* opposed.

Motion granted and appeal dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution. [See 303 N. Y. 664.]